```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BMW FINANCIAL SERVICES N.A. LLC,

                Plaintiff,        08 Civ. 10072 (JGK)

    - against -                ORDER

COX NISSAN, INC. & KEITH COX,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Peck dated May 24, 2011, issued after his inquest following this Court's grant of summary judgment to the plaintiff, BMW Financial Services. No objections have been filed and the time for such objections has passed. The Court has reviewed the Report and Recommendation and finds it to be persuasive. The Court therefore adopts the Report and Recommendation.

    The Clerk is directed to enter judgment in favor of BMW Financial Services, and against the defendants, Cox Nissan and Keith Cox, in the amount of $6,788,347.36, plus $903,873.00 in interest for the period from November 30, 2009, through May 24, 2011, plus interest of $1,673.84 per day thereafter until judgment is entered. BMW shall give the defendants credit against the judgment for the net proceeds from the sale of the remaining collateral.

2

The Clerk is directed to close this case.

SO ORDERED.

Dated:   New York, New York
         June 14, 2011

_____
John G. Koeltl
United States District Judge